UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>15-4001</u>


DAVID OPALINSKI; JAMES MCCABE, on behalf of themselves
and all others similarly situated,
Appellants


v.


ROBERT HALF INTERNATIONAL INC;
ROBERT HALF CORPORATION;
STEPHEN SONNENBERG

(D.N.J. No. 2-10-cv-02069)


Present:  CHAGARES, GREENAWAY, JR. and RESTREPO, <u>Circuit Judges</u>


Unopposed Motion by Appellees Robert Half Corporation and Robert Half International Inc. to remove Stephen Sonnenberg's name from the caption and judgment.

Respectfully,<br>Clerk/tmm

_____ORDER_____
The foregoing motion is granted. As Stephen P. Sonnenberg was improperly included in this Court's caption, the caption is amended to delete Mr. Sonnenberg's name. It is furthered O R D E R E D that the caption of the opinion filed on January 30, 2017 is amended to delete the reference to Mr. Sonnenberg as follows:

DAVID OPALINSKI;
JAMES MCCABE, on behalf of themselves and all others similarly situated,
    Appellants

v.

ROBERT HALF INTERNATIONAL INC;
ROBERT HALF CORPORATION

The Clerk is directed to enter an amended judgment in this matter.

By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Dated:  March 23, 2017
tmm/cc: all counsel of record